```
BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone: (408) 291-7753

Counsel for Defendant SNEAD
```

**FILED**

DEC 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ZACHERY KASTNER SNEAD, <br> Defendant. | No. CR-09-01180-JF <br><br> STIPULATION AND [PROPOSED] ORDER RESETTING DETENTION HEARING |

Defendant Zachery Kastner Snead, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Daniel L. Kaleba, hereby stipulate that, with the Court's approval, the detention hearing in this matter previously continued to Monday, December 28, 2009 at 1:30 p.m., be reset to Wednesday, December 23, 2009 at 11:00 a.m.

IT IS SO STIPULATED.

Dated: 12/21/09

/s/
VARELL L. FULLER
Assistant Federal Public Defender

Dated: 12/21/09

/s/
DANIEL K. KALEBA
Assistant United States Attorney

## [~~Proposed~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the detention hearing previously continued to Monday, December 28, 2009, at 1:30 p.m. is reset to Wednesday, December 23, 2009 at 11:00 a.m.

IT IS SO ORDERED.

Dated: 12/21/09

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

No. CR 09-01180-JF (HRL)
Stipulation and [Proposed] Order           2