JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ZACHARY KASTNER SNEAD,  )<br>  )<br>    Defendant.  )<br>_____) | No. CR 09-01180 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>APRIL 8, 2010 TO MAY 6, 2010 |

    The defendant, ZACHARY SNEAD, represented by John Jordan, Esquire, and the government, represented by DANIEL R. KALEBA, Assistant United States Attorney, hereby stipulate and request to continue the April 8, 2010 status hearing for approximately 28 days to May 6, 2010.  The purpose of the requested continuance is to allow additional time for defense to investigate the electronic discovery, maintain the continuity of defense counsel, and allow parties additional time to discuss a pretrial resolution.

//

//

//

//

STIP. and [PROPOSED] ORDER EXCLUDING TIME
CR 09-01180 JF

1  Time has been excluded through April 8, 2010.  Counsel jointly request that time be
2  excluded under the Speedy Trial Act between April 8, 2010 and the next court appearance
3  because additional time is necessary to maintain continuity of counsel, to review the discovery
4  and to conduct necessary investigation.
5  IT IS SO STIPULATED.

7  Dated: April 6, 2010                    /s/
                                          JOHN JORDAN
8                                         Attorney for Defendant
                                          ZACHARY KASTNER SNEAD

12                                         /s/
                                          DANIEL R. KALEBA
                                          Assistant United States Attorney

15  Based upon the representation of counsel and for good cause shown, the Court finds that
16  failing to exclude the time between April 8, 2010 and [May 6, 2010] would unreasonably deny
17  the defendant continuity of counsel and would deny counsel the reasonable time necessary for
18  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
19  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
20  between April 8, 2010 and [May 6, 2010] from computation under the Speedy Trial Act
21  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
22  HEREBY ORDERED that the time between April 8, 2010 and [May 6, 2010] shall be excluded
23  from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

26  DATED:  4/7/10                         _____
                                          JEREMY FOGEL
27                                         United States District Judge