MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-01180 JF |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SEPTEMBER 2, 2010 TO OCTOBER 14, 2010 |
| ZACHARY KASTNER SNEAD, ) | |
|     Defendant. ) | |

    The defendant, ZACHARY SNEAD, represented by John Jordan, Esquire, and the government, represented by DANIEL R. KALEBA, Assistant United States Attorney, hereby stipulate and request to continue the September 2, 2010, status hearing for approximately 35 days to October 14, 2010, at 9:00 a.m..  The purpose of the requested continuance is to allow additional time for parties to finalize plea discussions.

    1. The parties are in ongoing discussions regarding a possible pretrial disposition in this matter.  As an aid to the settlement of the case, the defense is in the process of obtaining an expert report from a retained psychiatrist regarding the defendant, which would aid both the settlement discussions and any subsequent sentencing hearing.  The report is expected to be completed in two to three weeks.  The parties believe that a final disposition can be reached and

STIP. and [PROPOSED] ORDER EXCLUDING TIME
CR 09-01180 JF

approved within a further two to three weeks.

2. Time has been excluded through September 2, 2010. Counsel jointly request that time be excluded under the Speedy Trial Act between September 2, 2010 and the next court appearance because additional time is necessary to maintain continuity of counsel, to prepare a necessary expert report and complete pre-plea investigation, and to complete settlement discussions.

IT IS SO STIPULATED.

Dated: August 26, 2010

          /s/
JOHN JORDAN
Attorney for Defendant
ZACHARY KASTNER SNEAD

          /s/
DANIEL R. KALEBA
Assistant United States Attorney

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 2, 2010 and [October 14, 2010] would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 2, 2010 and [October 14, 2010] from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 2, 2010 and [October 14, 2010] shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 8/30/10

JEREMY FOGEL
United States District Judge