UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> ZACHARY KASTNER SNEAD, <br>     Defendant. | Case No. CR 09-1180 JF <br><br> [~~PROPOSED~~] **FINAL ORDER OF FORFEITURE** |

On February 27, 2012, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, One Apple laptop computer, One thumb storage drive, and multiple compact discs, pursuant to Title 18, United States Code, Sections 2253(a)(1) & (a)(3).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) & (a)(3). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 5/23/12

_Lucy H. Koh_
JEREMY FOGEL
United States District Judge